# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01407-RPM-KLM

ANTONIO BATTELO,

       Plaintiff,

v.

LVNV FUNDING, LLC, a Delaware limited liability company,

       Defendant.

---

## RETURN OF SERVICE

---

I, John D. Larson, do hereby affirm that I am over 18 years of age, I am not a party to this action, and on **May 31, 2013 at 2:05 p.m. MST**, I served a true copy of the **Summons, Complaint and Jury Demand** in this action upon Emily Barnhard, an employee of The Corporation Company, as registered agent for LVNV Funding, LLC at 1675 Broadway, Suite 1200, Denver, CO, 80202.

Fee for Process of Service     $70.00

I declare under penalty of perjury that the foregoing information contained in this Return of Service is true and correct to the best of my knowledge and belief.

_____
John D. Larson
88 Inverness Circle East, Suite I-101
Englewood, CO 80112

Subscribed and sworn to before me this 31st day of May, 2013.

_____
Notary Public

STEPHANIE STEINER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20054012932
MY COMMISSION EXPIRES MARCH 31, 2017